IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SUSAN B. HANKS, | : | |
| Plaintiff | : | |
| VS. | : | |
| WILLIAM RAGAN, *et al.*, | : | NO. 5:05-CV-138 (WDO) |
| Defendants | : | **O R D E R** |

Before the Court is plaintiff **SUSAN B. HANKS'** motion for reconsideration (Tab # 12). On April 18, 2005, the Honorable Robert L. Vining, Jr., a judge in the Northern District of Georgia, dismissed plaintiff's claims against three of plaintiff's eight named defendants. Judge Vining dismissed two of the defendants, the Georgia Department of Corrections ("GDOC") and the State of Georgia, because they are not "persons" subject to suit under 42 U.S.C. § 1983, and the third defendant, Raymond Head, because plaintiff's claims against Head were premised upon *respondeat superior* liability. Upon dismissing these defendants, Judge Vining then transferred this case to the Middle District of Georgia. Plaintiff's motion complains about Judge Vining's order, specifically the dismissal of defendants GDOC, the State of Georgia, and Raymond Head.

The Court has reviewed plaintiff's motion for reconsideration and finds that plaintiff has failed to suggest any valid reason in fact or law such that the Court should alter Judge Vining's order. Accordingly, plaintiff's motion to reconsider is hereby **DENIED.**

SO ORDERED, this 17th day of JUNE, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE