# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **SUSAN HANKS,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | 5:05-CV-138 (WDO) |
| : | |
| **WILLIAM RAGAN, et al.,** : | |
| : | |
| **Defendants** : | |

## ORDER

Before the Court is Plaintiff's motion to reconsider the orders wherein certain parties and claims were dismissed from this case. Having carefully considered Plaintiff's motion to reconsider, the same is DENIED.

**SO ORDERED this 25th day of January, 2006.**

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE